564 U.S. 1066, 132 S. Ct. 73, 180 L. Ed. 2d 939, 2011 U.S. LEXIS 5191.

September 27, 2011. Motion of the Solicitor General to dispense with printing the joint appendix granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-1018. Steve A. Filarsky, Petitioner v. Nicholas B. Delia.**

564 U.S. 1066, 132 S. Ct. 70, 180 L. Ed. 2d 939, 2011 U.S. LEXIS 5204.

September 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 621 F.3d 1069.

**No. 10-1211. Panagis Vartelas, Petitioner v. Eric H. Holder, Jr., Attorney General.**

564 U.S. 1066, 132 S. Ct. 70, 180 L. Ed. 2d 939, 2011 U.S. LEXIS 5203.

September 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted.

Same case below, 620 F.3d 108.

**No. 10-1399. Dana Roberts, Petitioner v. Sea-Land Services, Inc., et al.**

564 U.S. 1066, 132 S. Ct. 71, 180 L. Ed. 2d 939, 2011 U.S. LEXIS 5193.

September 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question 1 presented by the petition.

Same case below, 625 F.3d 1204.

**No. 10-1472. Kouichi Taniguchi, Petitioner v. Kan Pacific Saipan, Ltd.**

564 U.S. 1066, 132 S. Ct. 71, 180 L. Ed. 2d 939, 2011 U.S. LEXIS 5197.

September 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 633 F.3d 1218.

**No. 10-1542. Eric H. Holder, Jr., Attorney General, Petitioner v. Carlos Martinez Gutierrez.**

**No. 10-1543. Eric H. Holder, Jr., Attorney General, Petitioner v. Damien Antonio Sawyers.**

564 U.S. 1066, 132 S. Ct. 71, 180 L. Ed. 2d 939, 2011 U.S. LEXIS 5200.

September 27, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 411 Fed. Appx. 121 (No. 10–1542); and 399 Fed. Appx. 313 No. (10–1543).